**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TONY LEE HILL, | ) | No. CV 14-1407-SVW(CW) |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | AND RECOMMENDATION OF |
| v. | ) | UNITED STATES |
| | ) | MAGISTRATE JUDGE |
| JOHN DOES, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge. No written objections to the Report and Recommendation have been received. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered dismissing this action, without prejudice, under the "three strikes" provision of 28 U.S.C. § 1915(g).

DATED: April 9, 2014

STEPHEN V. WILSON
United States District Judge