**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY LEE HILL, ) | No. CV 14-1407-SVW(CW) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: <u>April 9, 2014</u>

_____
STEPHEN V. WILSON
United States District Judge